**Fill in this information to identify the case:**

Debtor name: H & H FAST PROPERTIES INC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known): 23-16874

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor — Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BMO Bank N.A. | Checking | 9230 | $766.22 |
| 3.2. | Fifth Third Bank | Checking | 5877 | $0.00 |
| 3.3. | US Bank | | | $1,049.24 |
| 3.4. | Fifth Third Bank | Savings | 3858 | $30.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**  $1,845.46

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 1

Debtor   H & H FAST PROPERTIES INC                                  Case number (If known) 23-16874
         Name

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Comed and Peoples Gas | $0.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                                                              $0.00
   Add lines 7 through 8. Copy the total to line 81.

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No.   Go to Part 4.
   ☒ Yes Fill in the information below.

11. **Accounts receivable**

   11a. 90 days old or less:     35,000.00     -          0.00    = ....     $35,000.00
                              face amount          doubtful or uncollectible accounts

   11a. 90 days old or less:     50,000.00     -          0.00    = ....     $50,000.00
                              face amount          doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                                          $85,000.00
   Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

**Part 4:   Investments**

13. **Does the debtor own any investments?**

   ☒ No.   Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:   Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☒ No.   Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☒ No.   Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.   Go to Part 8.
   ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

Debtor  H & H FAST PROPERTIES INC                Case number (If known) 23-16874
        Name

| | | | |
|---|---|---|---|
| 10 desks, 10 office chairs, 150 chairs, 20 tables, 4 white boards | $0.00 | | $3,500.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**
    2 office phones, 5 office computers, 1 projector, 1 photocopy machine, microsoft office suite, quickbooks, and alarm system                    $0.00                        $3,500.00

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles
    42.1.  Art Work and Statue                $0.00                        $2,500.00

43. **Total of Part 7.**                                                    $9,500.00
    Add lines 39 through 42.   Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1. 1990 Chevy Blazer<br>VIN 1GNEV18K5LF149354<br>Title #: 16467016000015 | $0.00 | | $7,500.00 |
| 47.2. 2002 Gulfstream Carryall RV<br>VIN 1FCNF53S320A05338<br>Title #: 23037692768 | $0.00 | | $35,000.00 |
| 47.3. 2005 Car Doly Enclosed Trailer<br>VIN: 5NHHVCD1051060545<br>Title: 22335857003 | $0.00 | | $4,200.00 |
| 47.4. 2003 Chevy C4500 Coach Dump Truck<br>VIN: 1GBE4D1E23F518838<br>Title 18143633197 | $0.00 | | $30,000.00 |

Debtor  H & H FAST PROPERTIES INC                                   Case number (If known) 23-16874
        Name

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                                                       $76,700.00

    Add lines 47 through 50.   Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.   Go to Part 10.
    ☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 3328 E. 88th St.<br>Chicago, IL | | $0.00 | | $30,000.00 |
| 55.2. 4840 S. Ellis Ave,<br>Chicago, Illinois 60515<br>SFH Brick | Fee Simple | $0.00 | | $2,300,000.00 |
| 55.3. 20745 S. Alexander Street<br>Olympia Fields, Illinois 60461<br>SFH Brick,  4 Bed / 4.5 Bath,  3 Car Detached | Fee Simple | $0.00 | | $300,000.00 |
| 55.4. 8736 S. Mackinaw<br>Chicago, IL<br>SFH Frame, 3 Bedroom, Two Bath, Two car dettached | | $0.00 | | $125,000.00 |

| Debtor | H & H FAST PROPERTIES INC | Case number (If known) | 23-16874 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 55.5. | 8724 S. Mackinaw<br>Chicago, IL<br>Vacant Lot | | $0.00 | $25,000.00 |

56. **Total of Part 9.**  $2,780,000.00

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☒ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>H & H Fast Properties<br>WWW.HHFASTPROPERTIES.COM | $0.00 | | $0.00 |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**  $0.00

   Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ☒ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☒ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ☒ Yes Fill in the information below.

| Debtor | H & H FAST PROPERTIES INC | Case number (If known) | 23-16874 |
|---|---|---|---|
| | Name | | |

**Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    James Simmons - Contractor lien on property 11924 S. Harvard, Chicago, IL for contracting work        $0.00
    Nature of claim
    Amount requested     $0.00

    Ray McElroy        $50,000.00
    Nature of claim   potential lawsuit
    Amount requested     $50,000.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**        $50,000.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Debtor | H & H FAST PROPERTIES INC | Case number *(If known)* | 23-16874 |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,845.46 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $85,000.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,500.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $76,700.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.*............> | | $2,780,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $50,000.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $223,045.46  + 91b. | $2,780,000.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,003,045.46 |

**Fill in this information to identify the case:**

Debtor name: **H & H FAST PROPERTIES INC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

Case number (if known): 23-16874

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Cook County Treasurer<br>Creditor's Name<br><br>118 N. Clark<br>Chicago, IL 60602<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>8736 S. MackinawChicago, IL SFH Frame, 3 Bedroom, Two Bath, Two car dettached<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,398.42 | $125,000.00 |
| **2.2** Cook County Treasurer<br>Creditor's Name<br><br>118 N. Clark<br>Chicago, IL 60602<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>8724 S. MackinawChicago, ILVacant Lot<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,000.00 | $25,000.00 |

| Debtor | H & H FAST PROPERTIES INC | Case number (if known) | 23-16874 |
|---|---|---|---|
| | Name | | |

| 2.3 | Cook County Treasurer | Describe debtor's property that is subject to a lien | $17,871.58 | $300,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 20745 S. Alexander Street Olympia Fields, Illinois 60461 SFH Brick, 4 Bed / 4.5 Bath, 3 Car Detached | | |
| | 118 N. Clark | | | |
| | Chicago, IL 60602 | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | | | |
| | Creditor's email address, if known | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | **Date debt was incurred** | **Is anyone else liable on this claim?** ☒ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** ☐ No ☒ Yes. Specify each creditor, including this creditor and its relative priority. 1. Toorak Capital Partners, LLC 2. Cook County Treasurer | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| 2.4 | Cook County Treasurer | Describe debtor's property that is subject to a lien | $20,156.89 | $2,300,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 4840 S. Ellis Ave, Chicago, Illinois 60515 SFH Brick | | |
| | 118 N. Clark | | | |
| | Chicago, IL 60602 | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | | | |
| | Creditor's email address, if known | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | **Date debt was incurred** | **Is anyone else liable on this claim?** ☒ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** ☐ No ☒ Yes. Specify each creditor, including this creditor and its relative priority. 1. Gitsit Solutions LLC 2. Small Business Administration 3. Cook County Treasurer | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| 2.5 | Gitsit Solutions LLC | Describe debtor's property that is subject to a lien | $1,352,724.42 | $2,300,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 4840 S. Ellis Ave, Chicago, Illinois 60515 SFH Brick | | |
| | C./O RA ILLINOIS CORPORATION SERVICE COMPANY | | | |
| | 801 ADLAI STEVENSON DRIVE | | | |
| | | | | |
| | Springfield, IL 62703 | | | |
| | Creditor's mailing address | Describe the lien Mortgage | | |
| | | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | Creditor's email address, if known | | | |

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 5

| Debtor | H & H FAST PROPERTIES INC | Case number (if known) | 23-16874 |
|---|---|---|---|
| | Name | | |

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.4

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.6 Small Business Administration**
Creditor's Name
801 Tom Marton Dr
Suite 120
Birmingham, AL 35211
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.4

**Describe debtor's property that is subject to a lien**
4840 S. Ellis Ave, Chicago, Illinois 60515 SFH Brick

**Describe the lien**
Non-Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,082,357.49    $2,300,000.00

---

**2.7 Toorak Capital Partners, LLC**
Creditor's Name
15 Maple Street, Second Floor
Summit, NJ 07901
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.3

**Describe debtor's property that is subject to a lien**
20745 S. Alexander Street Olympia Fields, Illinois 60461 SFH Brick,    4 Bed / 4.5 Bath,    3 Car Detached

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

$301,886.94    $300,000.00

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $2,789,395.74

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

| Debtor | H & H FAST PROPERTIES INC | Case number (if known) | 23-16874 |
|---|---|---|---|
| | Name | | |

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| BSI Financial Services<br>100 W Randolph St 9th Fl<br>Chicago, IL 60601 | Line 2.7 | |
| Cook County Clerk<br>118 N. Clark Street<br>Room 434<br>Chicago, IL 60602 | Line 2.5 | |
| Cook County Clerk<br>69 W. Washington, Suite 500??<br>Chicago, IL 60602 | Line 2.7 | |
| Cook County States Attorney<br>50 West Washington Street<br>Chicago, IL 60601 | Line 2.7 | |
| Cook County States Attorney<br>50 West Washington Street<br>Chicago, IL 60601 | Line 2.5 | |
| Cook County Treasurer<br>118 N. Clark<br>Chicago, IL 60602 | Line 2.5 | |
| Cook County Treasurer<br>118 N. Clark<br>Chicago, IL 60602 | Line 2.7 | |
| Gitsit Solutions LLC<br>333 S. Anita Dr. Suite 400<br>Orange, CA 92868 | Line 2.5 | |
| Illinois Department of Revenue<br>Bankruptcy Section<br>100 W. Randolph Street<br>Chicago, IL 60606 | Line 2.7 | |
| Illinois Department of Revenue<br>PO Box 19035<br>Springfield, IL 62794 | Line 2.7 | |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Line 2.7 | |
| Ira Nevell<br>175 N. Franklin Street Ste. 201<br>Chicago, IL 60606 | Line 2.5 | |
| Isabella Casillas Guzman<br>Director, US Small Business Administration<br>409 3rd St SW<br>Washington, DC 20024 | Line 2.5 | |
| Nathan B. Grzegorek<br>POLSINELLI PC<br>150 North Riverside<br>Chicago, IL 60606 | Line 2.7 | |

Official Form 206D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 4 of 5

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | H & H FAST PROPERTIES INC | Case number (if known) | 23-16874 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| Polsinelli PC<br>150 N. Riverside Plaza, Suite 3000<br>Chicago, IL 60606 | Line __2.7__ | |
| Sterling M. Burke, President of the Boar<br>President of the Board of Trustees<br>of the Village of Olympia Fields<br>20040 Governors Highway,<br>Olympia Fields, IL 60461 | Line __2.7__ | |
| United States Attorney<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Line __2.5__ | |
| United States Small Business Administrat<br>SBA PO Box 3918<br>Portland, OR 97208 | Line __2.6__ | |
| US Small Business Administration<br>332 S. Michigan Avenue, Suite 600<br>Chicago, IL 60604 | Line __2.6__ | |

**Fill in this information to identify the case:**

Debtor name: H & H FAST PROPERTIES INC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known): 23-16874

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address: Illinois Department of Revenue, P.O. Box 19035, Springfield, IL 62794 <br> Date or dates debt was incurred: For Notice Only <br> Last 4 digits of account number: <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: <br> Is the claim subject to offset? <br> ☒ No ☐ Yes | $0.00 | $0.00 |
| 2.2 | Priority creditor's name and mailing address: Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 <br> Date or dates debt was incurred: For Notice Only <br> Last 4 digits of account number: <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: <br> Is the claim subject to offset? <br> ☒ No ☐ Yes | $0.00 | $0.00 |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address:** ADS (Alarm Detection System), ADS (Alarm Detection System) 1111 Church Road, Aurora, IL 60505 <br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☒ Disputed <br> **Basis for the claim:** _ <br> Is the claim subject to offset? ☒ No ☐ Yes | $2,791.39 |

| Debtor | H & H FAST PROPERTIES INC | Case number (if known) | 23-16874 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>ADT Security Services<br>PO Box 371878<br>Pittsburgh, PA 15250 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $1,227.79 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Amanda Hendereson<br>6205 S. Dorchester Ave<br>Chicago, IL 60637 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Angenette Moore<br>4837 Washington St<br>Gary, IN 45408 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>AT&T<br>Consumer Services Division<br>527 E. Capitol Ave<br>Springfield, IL 62794-9280 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | **Date(s) debt was incurred** For Notice Only | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Commonwealth Edison<br>10 S. Dearborn Street<br>Anytown, CA 60603 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | **Date(s) debt was incurred** For Notice Only | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Home Depot<br>2455 Paces Ferry Road NW<br>Atlanta, GA 30339 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | **Date(s) debt was incurred** For Notice Only | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>KICS English Corp<br>C/O JOHN YU<br>959 GREEN MOUNT LN<br>Belleville, IL 62220 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $500,000.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>LJ Ross Peoples Gas Light & Coke Co.<br>PO Box 6099<br>Jackson, MI 49204 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,068.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| Debtor | H & H FAST PROPERTIES INC | Case number (if known) | 23-16874 |
|---|---|---|---|
| | Name | | |

**3.10** **Nonpriority creditor's name and mailing address**
LJ Ross Peoples Gas Light & Coke Co.
PO Box 6099
Jackson, MI 49204

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,068.00

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**
Lowe's
PO Box 669824
Dallas, TX 75266

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$490.88

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.12** **Nonpriority creditor's name and mailing address**
Ray Henderson

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**
U.S. Bank
PO Box 790408
Saint Louis, MO 63179

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$11,643.07

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Kenneth C. Apicella
4811 Emerson Ave Suite 110
Palatine, IL 60067 | Line  3.8
☐ Not listed. Explain ____ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 520,289.13 |
| 5c. Total of Parts 1 and 2
Lines 5a + 5b = 5c. | 5c. | $ | 520,289.13 |

**Fill in this information to identify the case:**

Debtor name: H & H FAST PROPERTIES INC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known): 23-16874

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | leased security camera and security system | |
| State the term remaining | | ADS (Alarm Detection System) |
| List the contract number of any government contract | | ADS (Alarm Detection System) 1111 Church Road Aurora, IL 60505 |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | residential lease 900.00/month plus all utilities | |
| State the term remaining | Month to Moth | |
| List the contract number of any government contract | | Darnell Ray 8736 S. Mackinaw Chicago, IL |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | Commercial lease 1,700/Month | |
| State the term remaining | Month to Month | |
| List the contract number of any government contract | | Seventh Day Adventist 8511-25 S. State Street Chicago, IL 60619 |

**Fill in this information to identify the case:**

Debtor name: H & H FAST PROPERTIES INC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known): 23-16874

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**       *Column 2:* **Creditor**

| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.4 | Amanda Hendereson | 6205 S. Dorchester Ave<br>Chicago, IL 60637 | Gitsit Solutions LLC | ☒ D  2.5<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Amanda Hendereson | 6205 S. Dorchester Ave<br>Chicago, IL 60637 | Small Business Administration | ☒ D  2.6<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | Amanda Henderson | P.O. Box 979<br>Lansing, IL 60438 | Toorak Capital Partners, LLC | ☒ D  2.7<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Ray Henderson | 4840 S. Ellis Ave<br>Chicago, IL 60615 | Small Business Administration | ☒ D  2.6<br>☐ E/F _____<br>☐ G _____ |