**Fill in this information to identify the case:**

Debtor Name  H & H Fast Properties, Inc.

United States Bankruptcy Court for the: Northern District of Illinois

Case number:  23-16874

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11     12/17

Month:     December

Line of business:  Real Estate

Date report filed:  01/22/2024
MM / DD / YYYY

NAISC code:  _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Angenette Moore

Original signature of responsible party

Printed name of responsible party  Angenette Moore

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:--:|:--:|:--:|
| | **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |
| | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  H & H Fast Properties, Inc.                                        Case number  23-16874

17. Have you paid any bills you owed before you filed bankruptcy?    ☑  ☐  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☑  ☐  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$  2,117.48

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.    $  3,400.00

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.    − $  2,966.34

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.    + $  433.66

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.    = $  2,551.14

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $  953.68

*(Exhibit E)*

Debtor Name  H & H Fast Properties, Inc.                    Case number  23-16874

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                    $   88,400.00

   *(Exhibit F)*

---

### 5. Employees

26. What was the number of employees when the case was filed?                          0

27. What is the number of employees as of the date of this monthly report?             0

---

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $    0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $    0.00

30. How much have you paid this month in other professional fees?                       $    0.00

31. How much have you paid in total other professional fees since filing the case?         $    0.00

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $  3,400.00 | = | $  3,400.00 |
| 33. **Cash disbursements** | $ _____ | − | $  2,966.34 | = | $  2,966.34 |
| 34. **Net cash flow** | $ _____ | − | $  433.66 | = | $  433.66 |

35. Total projected cash receipts for the next month:                       $ _____

36. Total projected cash disbursements for the next month:              − $  6,143.03

37. Total projected net cash flow for the next month:                    = $ _____

---

Debtor Name  H & H Fast Properties, Inc.                          Case number 23-16874

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Print    Save As...    Reset

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| H & H Fast Properties Inc., | ) Bankruptcy No. 23 B 26874 |
| Debtor | ) |
| _____ | ) Chapter 11 |

**EXHIBIT A**

Questionnaire Lines 1 – 9 Explanation

#3    Have you paid all your bills on time?
       *No, and paid what's due in January*

#4    Did you pay your employees on time?
       *We have no employees (w2) workers.  Everyone is contractors and subcontractors.*

#5    Have you deposited all the receipts for your business into a debtor in possession (DIP) accounts?
       *Debtor in possession accounts are still being set-up.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              )
H & H Fast Properties Inc.,                         ) Bankruptcy No. 23 B 26874
Debtor                                             )
_____                  ) Chapter 11

**EXHIBIT B**

Questionnaire Lines 10 – 18 Explanation

#11     Do you have any bank accounts open other than the DIP accounts?
        *Yes, Accounts are still being set-up.*

#17     Have you paid any bills you owed before you filed bankruptcy?
        *Yes, bills that were due.*

#18     Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?
        Yes, checks were written to cover obligations that had to be meet to cover contractors, and sub-contractors, and billing.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| H & H Fast Properties Inc., | ) Bankruptcy No. 23 B 26874 |
| Debtor | ) |
| _____ | ) Chapter 11 |

**EXHIBIT C**

Total Cash Receipts

List of all cash received for the month.

BMO
- $   900.00    Rental Income 8736 S. Mackinaw
- $2,500.00    Construction Income

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| H & H Fast Properties Inc., | ) Bankruptcy No. 23 B 26874 |
| Debtor | ) |
| _____ | ) Chapter 11 |

**EXHIBIT D**

Total Cash Disbursements

US Bank

| | | | | |
|---|---|---|---|---|
| - | Dec. 18, 2023 | Michael Atkins | Contractor | $120.00 Zelle |
| - | Dec. 18, 2023 | H & H Fast | BMO Account | $250.00 Check #2311 |
| - | Dec. 19, 2023 | Jmw Welding | Gate repair at office | $ 50.00 |
| - | Dec. 09, 2023 | Robert Douglas | Refundable deposit | $250.00 Check #2307 |
| - | Dec. 22, 2023 | Howard Courtney | Labor Contractor | $ 50.00 Check #2312 |
| - | Dec. 29, 2023 | Ericka Henderson | Equip. Rental | $150.00 Zelle |

BMO

| | | | |
|---|---|---|---|
| - | Dec. 18, 2023 | Shell Oil - Fuel | $ 30.00 Debit Card |
| - | Dec. 18, 2023 | GoDaddy.com - Subscription | $ 71.88 Debit Card |
| - | Dec. 18, 2023 | Jewel Osco - Meal & Ent. | $ 26.78 Debit Card |
| - | Dec. 18, 2023 | Tri-State - Disposal Service | $111.50 Debit Card |
| - | Dec. 19, 2023 | ILSOS – Corp Reinstatement | $281.19 Debit Card |
| - | Dec. 18, 2023 | Shannon Murden – Repair | $200.00 Check #1537 |
| - | Dec. 20, 2023 | Corporate Filings LLC – Subscription | $ 9.00 Debit Card |
| - | Dec. 21, 2023 | Square Space Inc. – Marketing | $ 33.00 Debit Card |
| - | Dec. 21, 2023 | Warren Sky – Manager (Contractor) | $700.00 Check # 1538 |
| - | Dec. 22, 2023 | Dollar Tree – Office Supplies | $ 17.99 Debit Card |
| - | Dec. 22, 2023 | Thomas Dijon – Labor | $200.00 Check #1536 |
| - | Dec. 26, 2023 | BP – Fuel Transportation | $ 70.00 Debit Card |
| - | Dec. 29, 2023 | CFSI Loan Management – Fee | $300.00 Debit Card |
| - | Dec. 29, 2023 | BMO – Service Charge | $ 30.00 AW Bank Fees |
| - | Dec. 29, 2023 | BMO - Service Charge | $ 15.00 AW Bank Fees |

Fifth Third Bank          (Balance $0.00)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                          )
H & H Fast Properties Inc.,                      ) Bankruptcy No. 23 B 26874
Debtor                                          )
_____            ) Chapter 11

**EXHIBIT E**

Unpaid Bills

| | |
|---|---|
| City of Chgo - (1353949-568940) | Utility - 8521 - 25 S. State (17th) |
| Tri-State Disposal (83709000) | Waste Service  (28th) |
| Alarm Detection Systems (232903) | Security Alarm and Cameras  (20th) |
| First Insurance (0337) | G.C. Liability Ins. / Com Liability (22th) |
| Lowes Bus. Advantage $1,100.00 | Credit Card (28th) H & H 2207 |
| ADT (403106469) | Alarm Service (27th) |
| Music Bakery | H & H Web Hosting (1st) |
| Timothy Jaime | Contractor Due upon completion of work (Olympia Fields) |
| MJ's Plumbing | Contractor Due upon completion of work (Olympia Fields) |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| H & H Fast Properties Inc., | ) Bankruptcy No. 23 B 26874 |
| Debtor | ) |
| _____ | ) Chapter 11 |

**EXHIBIT F**

Total Receivables

| | | | | |
|---|---|---|---|---|
| - | James Simmons | $35,000.00 | Construction Income | Past Due |
| - | Ray McElroy | $50,000.00 | Construction Income | Past Due |
| - | Darnell Ray | $900.00 | Rental Income Mackinaw (1st) | |
| - | Urban Tech | $800.00 | Rental Income State St. (1st) | |
| - | Feeding the Future | $500.00 | Rental Income State St. (1st) | |

**BMO**

BMO BANK N.A.                                           488942
P.O.  BOX 94033
PALATINE,   IL   60094-4033

**ACCOUNT   NUMBER:**                                   **9230**

Statement Period
12/01/23  TO  12/31/23
IM0099002900000000

90    04727

H AND H FAST PROPERTIES INC                     PAGE     1 OF     3
1961 BERNICE RD
LANSING IL  60438-1004

0

0000

EFFECTIVE 2/1/24: FOR ZELLE DEPOSITS RECEIVED INTO AN INTEREST-BEARING
ACCOUNT AFTER 5:00 P.M. CENTRAL TIME, INTEREST WILL BEGIN TO ACCRUE ON THE
NEXT BUSINESS DAY. THE DEPOSIT ACCOUNT AGREEMENT WILL BE UPDATED TO REFLECT
THIS CHANGE. YOUR CONTINUED USE OF THIS ACCOUNT AFTER 2/1/24 CONFIRMS YOUR
ACCEPTANCE OF THIS CHANGE.

EFFECTIVE 3/17/24 ("EFFECTIVE DATE"): "AAA" AND "AAA RULES" ARE DELETED FROM
THE GLOSSARY OF THE BMO HANDBOOK. SECTION 7.EE ARBITRATION PROVISION OF THE
DEPOSIT ACCOUNT AGREEMENT IS DELETED AND REPLACED IN ITS ENTIRETY WITH A
NEW SECTION 7.EE, A COPY OF WHICH IS EITHER ENCLOSED WITH THIS STATEMENT OR
AVAILABLE AT BMO.COM/CHANGEINTERMS UNTIL 6/30/24. PLEASE REVIEW THESE
CHANGES CAREFULLY. WITHIN 60 DAYS OF THE EFFECTIVE DATE, YOU CAN CHOOSE TO
NOT AGREE TO THE ARBITRATION PROVISION BY SENDING US A SIGNED, WRITTEN
OPT OUT NOTICE MEETING THE REQUIREMENTS IN THE NEW SECTION 7.EE.

REMINDER: WE WILL CLOSE BMO DEBIT/ATM CARDS AFTER 12 CONSECUTIVE MONTHS OF
INACTIVITY. TO KEEP YOUR CARD ACTIVE, USE IT ONCE AT LEAST EVERY 12 MONTHS.
IF YOU HAVE QUESTIONS ABOUT ANY OF YOUR BMO ACCOUNTS, PLEASE CALL US
TOLL-FREE AT 1-888-340-2265. BMO BANK N.A. MEMBER FDIC
EQUAL HOUSING LENDER. NMLS 401052 VISIT US ONLINE AT WWW.BMO.COM.

---

## CHECKING ACCOUNTS

---

**BMO PREMIUM BUSINESS CKG**                    **H AND H FAST PROPERTIES INC**
**ACCOUNT NUMBER**            **9230**   **(Checking)**

---

SERVICE CHARGE ANALYSIS

|                     |          |                      | Volume | Units | Amount |
|---------------------|----------|----------------------|--------|-------|--------|
|                     |          | Maintenance Fee      |        |       | 15.00  |
| Average Ledger Bal  | 1,168.94 | Checks Paid          | 4      |       |        |
| Average Float       | 306.45   | Checks Deposited     | 3      |       |        |
| Average Coll Bal    | 862.49   | Deposits             | 4      |       |        |
|                     |          | ACH Credits          | 0      |       |        |
|                     |          | ACH Debits           | 0      |       |        |
|                     |          | Domestic Wire Out    | 1      | 30.00 | 30.00  |
|                     |          | Total Transactions   | 11     |       |        |
|                     |          | Excessive Trans > 200| 0      | .40   | .00    |
|                     |          | Total Service Charge |        |       | 45.00  |



BMO BANK N.A.                                                                    488943
P.O.  BOX 94033
PALATINE,  IL   60094-4033


**ACCOUNT   NUMBER:**                    **9230**


                                                    Statement Period
                                        12/01/23  TO  12/31/23
90    04727                             IM0099002900000000

H AND H FAST PROPERTIES INC             PAGE      2 OF      3

0

---

DEPOSIT ACCOUNT SUMMARY

**Previous  Balance as of November  30, 2023**              **22.95**
    5 Deposits              (Plus)                      10,477.16
   23 Withdrawals           (Minus)                      8,135.23
    Service Charge          (Minus)                         45.00
**Ending Balance as of    December  31, 2023**            **2,319.88**


Deposits and Other Credits

| Date | Amount | Description | | |
|------|--------|-------------|---|---|
| Dec 12 | 6,750.00 | TELLER DEPOSIT | | |
| Dec 15 | 77.16 | CARD CREDIT | RECORD NO. 989836 | CARD NO. 3199 |
| | | O REILLY 3407 | CHICAGO | IL |
| Dec 18 | 250.00 | TELLER DEPOSIT | | |
| Dec 20 | 900.00 | TELLER DEPOSIT | | |
| Dec 28 | 2,500.00 | TELLER DEPOSIT | | |

Withdrawals and Other Debits

| Date | Amount | Description | | |
|------|--------|-------------|---|---|
| Dec 14 | 30.00 | POS PURCHASE | RECORD NO. 050188 | CARD NO. 3199 |
| | | SHELL OIL 57444166300 | CHICAGO | IL |
| Dec 14 | 40.00 | POS PURCHASE | RECORD NO. 427807 | CARD NO. 3199 |
| | | EXXON POSEN FOOD   GAS | POSEN | IL |
| Dec 14 | 101.05 | POS PURCHASE | RECORD NO. 695870 | CARD NO. 3199 |
| | | FAMILY DOLLAR | OLYMPIA FLDS | IL |
| Dec 15 | 5,500.00 | OUTGOING WIRE TRANSFER | | |
| | | FED WIRE TRANSFER DEBIT | 231215310707 | |
| Dec 15 | 69.96 | POS PURCHASE | RECORD NO. 927318 | CARD NO. 3093 |
| | | OFFICE DEPOT   3253 | MERRILLVILLE | IN |
| Dec 15 | 43.24 | POS PURCHASE | RECORD NO. 873666 | CARD NO. 3199 |
| | | O REILLY 3407 | CHICAGO | IL |
| Dec 15 | 18.73 | POS PURCHASE | RECORD NO. 253143 | CARD NO. 3199 |
| | | AUTOZONE  5244 | CHICAGO | IL |
| Dec 15 | 114.38 | POS PURCHASE | RECORD NO. 268951 | CARD NO. 3199 |
| | | O REILLY 3407 | CHICAGO | IL |
| Dec 15 | 16.53 | POS PURCHASE | RECORD NO. 999025 | CARD NO. 3199 |
| | | O REILLY 3407 | CHICAGO | IL |
| Dec 18 | 30.00 | POS PURCHASE | RECORD NO. 464235 | CARD NO. 3199 |
| | | SHELL OIL 10004724018 | CHICAGO | IL |
| Dec 18 | 71.88 | POS PURCHASE | RECORD NO. 534442 | CARD NO. 4476 |
| | | DNH GODADDY COM | TEMPE | AZ |
| Dec 18 | 26.78 | POS PURCHASE | RECORD NO. 535184 | CARD NO. 3093 |
| | | JEWEL OSCO 3181 | CHICAGO | IL |
| Dec 18 | 111.50 | POS PURCHASE | RECORD NO. 861911 | CARD NO. 3199 |
| | | TRI STATE DISPOSAL | RIVERDALE | IL |
| Dec 19 | 281.19 | POS PURCHASE | RECORD NO. 186540 | CARD NO. 3093 |
| | | ILSOS CORP REINSTATE | 8667566041 | IL |
| Dec 20 | 9.00 | POS PURCHASE | RECORD NO. 193986 | CARD NO. 3093 |
| | | CORPORATE FILINGS LLC | SHERIDAN | WY |
| Dec 21 | 33.00 | POS PURCHASE | RECORD NO. 153637 | CARD NO. 3093 |
| | | SQUARESPACE INC | NEW YORK | NY |
| Dec 22 | 17.99 | POS PURCHASE | RECORD NO. 959250 | CARD NO. 3093 |
| | | DOLLAR TREE | CHICAGO | IL |
| Dec 26 | 70.00 | POS PURCHASE | RECORD NO. 292834 | CARD NO. 3093 |
| | | BP 1618500SCHERERVIQPS | SCHERERVILLE | IN |



BMO BANK N.A.                                    488943
P.O.   BOX 94033
PALATINE,   IL   60094-4033

**ACCOUNT   NUMBER:**              **9230**

Statement Period
12/01/23  TO  12/31/23
IM0099002900000000

90    04727

H AND H FAST PROPERTIES INC                PAGE      3 OF      3

0

---

| Dec 29 | 300.00 | POS PURCHASE | RECORD NO. 442973   CARD NO. 3093 |
|        |        | CFSI LOAN MANAGEMENT | GREENWOOD VL   CO |
| Dec 29 | 30.00 | SERVICE CHARGE | |
| Dec 29 | 15.00 | SERVICE CHARGE | |

Checks by Serial Number

| Date | Serial # | Amount | Date | Serial # | Amount |
|------|----------|--------|------|----------|--------|
| Dec 15 | 1535 | 150.00 | Dec 18 | 1537 | 200.00 |
| Dec 22 | 1536 | 200.00 | Dec 21 | 1538 | 700.00 |

Daily Balance Summary

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| Nov 30 | 22.95 | Dec 20 | 1,185.87 |
| Dec 12 | 6,772.95 | Dec 21 | 452.87 |
| Dec 14 | 6,601.90 | Dec 22 | 234.88 |
| Dec 15 | 766.22 | Dec 26 | 164.88 |
| Dec 18 | 576.06 | Dec 28 | 2,664.88 |
| Dec 19 | 294.87 | Dec 29 | 2,319.88 |

**Important information about your Consumer Overdraft Credit Line Account**

**For overdraft credit plans with a fixed Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate does not change.

**For overdraft credit plans with a variable Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate for this plan is a variable rate which can change monthly. (See your account agreement for details on how the Annual Percentage Rate is determined.)

### CALCULATION OF BALANCE SUBJECT TO INTEREST RATE FOR CONSUMER OVERDRAFT CREDIT LINE ACCOUNTS

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance.

The interest charge begins to accrue on the date an advance is posted to the account. The interest charge continues to accrue on the unpaid principal balance after the statement has been printed and mailed to you. There is no "grace period" or "free ride period" which would allow you to avoid an interest charge.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR CONSUMER OVERDRAFT CREDIT LINE ACCOUNT STATEMENT
If you think there is an error on your statement, write to us at: BMO Bank N.A., Attn: Billing Department, P.O. Box 365, Arlington Heights, IL 60006

In your letter, give us the following information:

• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.
• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Credit Information**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CONSUMER ELECTRONIC TRANSFERS AND CARD TRANSACTIONS

Call us at 1-888-340-2265 for errors or questions involving Card transactions or electronic transfers, or write to BMO, P.O. Box 94019, Palatine, IL 60094-4019, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. This is the information we will need in order to help resolve the problem:

1. Tell us your name, account number, and Card number (if applicable).
2. Describe the error or the transaction and the date of the transaction you are unsure about, and explain why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you also send us your complaint or question in writing within ten Business Days.

We will determine whether an error occurred within 10* Business Days after we hear from you and we will correct any error promptly. If we need more time, however, by law we may take up to 45* days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within 10* Business Days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If you fail to give us the required written confirmation of your complaint or question, then we may not credit your account or we may revoke the provisional credit we previously gave to you.

We will tell you the results of our investigation within three Business Days after completing our investigation.

*These time periods may be extended as follows. The applicable time is 20 Business Days in place of 10 Business Days for new accounts if the notice of the error involves a transfer to or from the account within the first 30 days your account is open. The applicable time is 90 days in place of 45 days if the notice of error involves a transfer that either (1) was initiated outside the U.S., (2) resulted from a Point-of-Sale transaction, or (3) occurred within the first 30 days your account is open.

| TO RECONCILE YOUR CHECKING ACCOUNT | ① OUTSTANDING TRANSACTIONS | | | RECONCILEMENT | |
|---|---|---|---|---|---|
| | NUMBER | AMOUNT | | | |
| 1  List and Total all outstanding checks including those still outstanding from previous statements. | | | | ② | |
| | | | | ③ | |
| 2  Enter the "Ending Balance" shown on this statement. | | | | | |
| 3  Add deposits and other credits not shown on this statement. | | | | | |
| 4  Total | | | | | |
| 5  Subtract the total of outstanding checks as determined in Step 1 above. | | | | | |
| 6  This figure should be your checkbook balance. If it does not agree, review the above steps and if necessary, review your checkbook entries. | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | ④ | |
| Date:  09/2023 | | | | ⑤ | |
| | | | | ⑥ | |

G5BACK 2023/09



## FIFTH THIRD BANK
(CHICAGO)
P.O. BOX 630900 CINCINNATI OH  45263-0900

H & H FAST PROPERTIES INC
PO BOX 979
LANSING IL 60438-0979

0

34679

Statement Period Date: 12/1/2023 - 12/31/2023
Account Type: 5/3 BUSINESS CKG
Account Number:

Banking Center: 161 North Clark
Banking Center Phone: 312-368-1201
Business Banking Support: 877-534-2264

| Account Summary - | | 5877 | |
|---|---|---|---|
| 12/01 | Beginning Balance | $9.65 | Number of Days in Period | 31 |
| | Checks | | | |
| 28 | Withdrawals / Debits | $(3,223.27) | | |
| 5 | Deposits / Credits | $1,157.61 | | |
| 12/31 | Ending Balance | $(2,056.01) | | |

**Analysis Period: 11/01/23 - 11/30/23**

| | |
|---|---|
| Standard Monthly Service Charge | $0.00 |
| **Service Charge withdrawn on 12/12/23** | **$0.00** |

## Withdrawals / Debits
**28 items totaling $3,223.27**

| Date | Amount | Description |
|---|---|---|
| 12/01 | 749.37 | 5/3 COMMRCL LN #XXXXXXXXXXX0026 PAID BY AUTO BILLPAYER |
| 12/04 | 19.99 | PYMT TO NETFLIX COM - 004 NETFLIX COM LOS GATOS CA |
| 12/04 | 37.00 | OVERDRAFT FEE |
| 12/05 | 68.00 | WEB INITIATED PAYMENT AT PEOPLES GAS RECU BILL PAY 18025029541 120523 |
| 12/05 | 190.00 | TELEPHONE INITIATED PAYMENT AT CARDMEMBER SERV TEL PYMT **********0955 120523 |
| 12/05 | 277.13 | PROG NORTHERN INS PREM 935299456 H and 120523 |
| 12/05 | 241.00 | PYMT TO BillMatrix - ELEPAY Integrys/BillMatrix Chicago SC |
| 12/05 | 37.00 | OVERDRAFT FEE |
| 12/06 | 74.00 | OVERDRAFT/RETURN ITEM(S) FEE |
| 12/06 | 74.00 | OVERDRAFT FEE |
| 12/07 | 190.00 | TELEPHONE INITIATED PAYMENT AT CARDMEMBER SERV RETRY PYMT **********0955 120723 |
| 12/08 | 37.00 | OVERDRAFT/RETURN ITEM(S) FEE |
| 12/08 | 64.00 | DAILY OVERDRAFT FEE |
| 12/11 | 277.13 | PROG NORTHERN RETRY PYMT 935299456 H and 121123 |
| 12/11 | 233.95 | FIFTH THIRD ACH MPS BILLNG 0R5215 H AND H FAST PROPERTIE 121123 |
| 12/11 | 24.00 | DAILY OVERDRAFT FEE |
| 12/12 | 37.00 | OVERDRAFT/RETURN ITEM(S) FEE |
| 12/12 | 37.00 | OVERDRAFT FEE |
| 12/12 | 8.00 | DAILY OVERDRAFT FEE |
| 12/13 | 8.00 | DAILY OVERDRAFT FEE |
| 12/14 | 8.00 | DAILY OVERDRAFT FEE |
| 12/15 | 8.00 | DAILY OVERDRAFT FEE |
| 12/18 | 24.00 | DAILY OVERDRAFT FEE |
| 12/19 | 8.00 | DAILY OVERDRAFT FEE |
| 12/20 | 8.00 | DAILY OVERDRAFT FEE |
| 12/26 | 223.35 | FIRST INSURANCE PBS ACH DEBIT INSURANCE 900-99102402 H & H Fast Properties, 122623 |
| 12/27 | 37.00 | OVERDRAFT/RETURN ITEM(S) FEE |
| 12/29 | 223.35 | FIRST INSURANCE PBS ACH DEBIT RETRY PYMT 900-99102402 H & H Fast Properties, 122923 |

## Deposits / Credits

5 items totaling $1,157.61

| Date  | Amount | Description           |
|-------|--------|-----------------------|
| 12/06 | 190.00 | RETURN ITEM/OVERDRAFT |
| 12/06 | 277.13 | RETURN ITEM/OVERDRAFT |
| 12/08 | 190.00 | RETURN ITEM/OVERDRAFT |
| 12/12 | 277.13 | RETURN ITEM/OVERDRAFT |
| 12/27 | 223.35 | RETURN ITEM/OVERDRAFT |

## Daily Balance Summary

| Date  | Amount     | Date  | Amount     | Date  | Amount     |
|-------|------------|-------|------------|-------|------------|
| 12/01 | (739.72)   | 12/11 | (1,926.79) | 12/19 | (1,787.66) |
| 12/04 | (796.71)   | 12/12 | (1,731.66) | 12/20 | (1,795.66) |
| 12/05 | (1,609.84) | 12/13 | (1,739.66) | 12/26 | (2,019.01) |
| 12/06 | (1,290.71) | 12/14 | (1,747.66) | 12/27 | (1,832.66) |
| 12/07 | (1,480.71) | 12/15 | (1,755.66) | 12/29 | (2,056.01) |
| 12/08 | (1,391.71) | 12/18 | (1,779.66) |       |            |

PLEASE NOTE THAT WE HAVE UPDATED OUR ACCOUNT RULES AND TERMS & CONDITIONS. DISCLOSURES CAN BE VIEWED ONLINE AT: COMMERCIAL ACCOUNT RULES: 53.COM/TM-CA-RULES TREASURY MANAGEMENT TERMS & CONDITIONS: 53.COM/TM-TC



# Business Statement

Account Number:
1470

Statement Period:
Dec 1, 2023
through
Dec 29, 2023

Page 1 of 8

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

4335    IMG    S    Y5    ST01

000103445 02 SP    000638626853304 P  Y
H & H FAST PROPERTIES INC.
PO BOX 979
LANSING IL  60438-0979

☎    *To Contact U.S. Bank*

**24-Hour Business Solutions:**    800-673-3555

**U.S. Bank accepts Relay Calls**

**Internet:**    usbank.com

---

# INFORMATION YOU SHOULD KNOW

**New Services Terms and Conditions will be effective for U.S. Bank business clients on February 1, 2024.** You can view the new Services Terms and Conditions at usbank.com/tmtermsandconditions. Use access code "terms2024." If you are unable to access this information for any reason, please reach out to your U.S. Bank contact or Commercial Customer Service team for assistance. If you are a former MUFG Union Bank National Association (MUB) client, the Services Terms and Conditions replaces the MUB Transaction Banking Agreement.

---

Effective January 2, 2024, we would like to inform you of the upcoming changes to the *Business Pricing Information* document that may impact your account. To obtain a current copy of the *Business Pricing Information* disclosure, visit your local branch.

**Primary updates in your revised *Business Pricing Information* disclosure**

- Updated the maximum number of Overdraft Paid Fees charged per day from 6 to 3.
- Update to the ATM Surcharge footnote to locate a MoneyPass® ATM location
- Under Silver, Gold and Platinum Checking Check Order Discount, added clarifying language to state the discount does not apply to eChecks
- Under Non-Profit Checking (interest-bearing) Other, updated availability to incorporated non-profit organizations
- Under Other Service Fees (continued), changed Negative Balance Closing Fee to Account Charge-Off Processing Fee
- Under Other Service Fees (continued), Wire Transfers, updated Monthly Maintenance to Wire Monthly PIN Maintenance
- Under Other Service Fees (continued), Domestic Wires, updated Incoming Wires to Incoming Fedwire

**Pricing updates:**

All checking and savings account types
- Cash Coin Services
  - Loose Coin Ordered (per bag) - $14 (increased from $7)
  - Rolled Coin Ordered (per box) - $8 (increased from $7)
- Statement Services
  - Service Analysis Statement - $6 per statement (increased from $5)
  - Snap Shot Statement - $12 per statement (increased from $11)
  - Added Copy of Analyzed Statement - $12
  - Added Copy of non-Analyzed Statement - $6
- Wire Transfers
  - Wire Advice - phone - $40 (increased from $27.50)
- Domestic Wires
  - Added Incoming Fedwire CTP - $16
  - Voice Wires - Repetitive and Non-Repetitive - $45 (increased from $37.50)
- SinglePoint® Essentials Online Banking
  - Previous Day Summary and Detail Monthly Maintenance
    - Silver, Gold, Platinum, or Non-Profit Checking - Up to 3 Accounts - $17.95 (increased from $16.95)
  - ACH Transaction (per item) - $0.42 (increased from $0.40)
  - Domestic Wire (per wire) - $16 (increased from $15)
  - International Wire (per wire) - $32 (increased from $30)
- Deposit Express
  - Monthly Maintenance - $38 (increased from $35)

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



## BALANCE YOUR ACCOUNT

Please examine your statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit agreement, and (2) We will assume that the balance and transactions shown are correct unless you notify us of an error.

### Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

### Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                          $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.       $_____

5. Total lines 3 and 4.                                                         $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance.                          $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

### IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

### IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

### CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

*What To Do If You Think You Find A Mistake on Your Statement*

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar Amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

### REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING LENDER

Member FDIC



H & H FAST PROPERTIES INC.
PO Box 971
LANSING IL 60438-0971

Case 23-16874    Doc 32    Filed 01/31/24    Entered 01/31/24 11:10:51    Desc Main
Document    Page 19 of 26

**Business Statement**

Account Number:

Statement Period:
Dec 1, 2023
through
Dec 29, 2023

Page 2 of 8



# INFORMATION YOU SHOULD KNOW                          (CONTINUED)

- Foreign Check Collection (incoming/outgoing)
  - Checks on Select Countries/Banks (non-collection) - $8 (previously disclosed as $1)

Silver Checking, Gold Checking, Platinum Checking, Non-Profit Checking
- Wire Transfers
  - Wire Advice   mail - $12 (increased from $11)

Premium Business Checking
- Monthly Maintenance Fee - $30 (increased from $24)
- Debits: Check/Paper - $0.30 (increased from $0.25)
- Credits: Paper - $1.10 (increased from $0.90)
- Deposited Items: $0.25 (increased from $0.20)
- Wire Advice   Mail: $15 (increased from $13)

Platinum Business Money Market
- Minimum Opening Deposit - $100 (decreased from $5,000)

Premium Business Money Market
- Monthly Maintenance Fee - $30 (increased from $24)
- Monthly Deposited Items - $0.25 (increased from $0.20)
- Wire Advice - Mail: $15 (increased from $13)

Beginning January 2, 2024, a copy of the *Business Pricing Information* document will be available by calling
800-673-3555 or by visiting your local branch.

If you have any questions, you can call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday
through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. We accept relay calls. Our bankers are also available to help at your local
branch via appointment.

_____

Effective February 12, 2024, please review updated made to the *Your Deposit Account Agreement* document which may affect
your rights.

Beginning January 8, 2024, you can review the full revised document at **usbank.com/YDAA-upcoming-version**, by calling 24-
Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- Added references to the *U.S. Bank Business Essentials® Pricing Information* disclosure throughout the document.
- Under **Insufficient Funds and Overdrafts** section, **"Available Balance"** sub-section, updated the language to state
  that debit card authorizations will be reflected as pending transactions and/or will reduce your Available Balance from the
  time we receive the authorization until the merchant presents the item for payment. If the debit card transaction has not
  been presented for payment within seven business days, it may be removed from your pending transactions and your
  Available Balance may no longer be reduced by the authorization amount.
- Under **Overdraft Handling** section, **ATM and Debit Card Overdraft Coverage** sub-section, updated language to state
  that upon opening your U.S. Bank consumer checking or money market account, or after your account is opened, you
  have the options to say 'Yes' or 'No' to ATM and Debit Card Overdraft Coverage.
- Under **Electronic Fund Transfers For Consumer Customers** and **Electronic Fund Transfers For Business
  Customers** sections, **Limits on Transfers** sub-section, **Debit Card Transactions**, updated the language to state that
  debit card authorizations will be reflected as pending transactions and/or will reduce your Available Balance from the
  time we receive the authorization until the merchant presents the item for payment. If the debit card transaction has not
  been presented for payment within seven business days, it may be removed from your pending transactions and your
  Available Balance may no longer be reduced by the authorization amount.
- Under **Electronic Fund Transfers For Consumer Customers** and **Electronic Fund Transfers For Business
  Customers** sections, **Fees** sub-section, **ATM Surcharge**, updated the language for how to locate a MoneyPass®
  network ATM.

If you have questions, please call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday
through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. You can also schedule an appointment at **usbank.com/book** to speak
with a banker in person, by phone or virtually.

_____



**U.S. Bank**

H & H FAST PROPERTIES INC.
PO BOX 971
LANSING IL 60438-0971

**Business Statement**

Account Number:
1470

Statement Period:
Dec 1, 2023
through
Dec 29, 2023

Page 3 of 8

## SUMMARY OF YOUR U.S.BANK RELATIONSHIP

This section reflects the total balances for all accounts on this statement.

| Deposit Accounts | Account Number | | Balance | Page |
|---|---|---|---|---|
| Silver Business Checking | 1470 | $ | 179.24 | 3 |
| **Total Deposit Balances** | | **$** | **179.24** | |

| Lines of Credit | Account Number | | Balance | Page |
|---|---|---|---|---|
| Business Reserve Line | -1470 | $ | 2,861.36 | 4 |
| **Total Line of Credit Balances** | | **$** | **2,861.36** | |

## SILVER BUSINESS CHECKING

U.S. Bank National Association

*Member FDIC*

Account Number        -1470

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Dec 1 | | $ | 1,271.38 |
| Other Deposits | 3 | | 1,625.00 |
| Other Withdrawals | 10 | | 837.14- |
| Checks Paid | 11 | | 1,880.00- |
| **Ending Balance on Dec 31, 2023** | | **$** | **179.24** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Dec  5 | Zelle Instant | PMT From URBAN TECH ACADEMY UTA NFP | | $ | 600.00 |
| | On 12/05/23 | PMT ID=HNA0I0BR9HSL | | | |
| Dec 11 | Mobile Check Deposit | | 8016061523 | | 225.00 |
| Dec 14 | Mobile Check Deposit | | 8913770965 | | 800.00 |
| | | **Total Other Deposits** | | **$** | **1,625.00** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Dec  4 | Zelle Instant | PMT To RICHARD GALLON | | $ | 50.00- |
| | On 12/02/23 | PMT ID=USBAOktfhjWS | | | |
| Dec  4 | Customer Withdrawal | | 8012442485 | | 100.00- |
| Dec  4 | Zelle Instant | PMT To ERICKA HENDERSON | | | 158.14- |
| | On 12/02/23 | PMT ID=USBmVUkfhibL | | | |
| Dec  6 | Zelle Instant | PMT To A MOORE | | | 50.00- |
| | On 12/06/23 | PMT ID=USBhetofiukD | | | |
| Dec  7 | Zelle Instant | PMT To A MOORE | | | 50.00- |
| | On 12/07/23 | PMT ID=USBufBffiK9d | | | |
| Dec 11 | Zelle Instant | PMT To A MOORE | | | 100.00- |
| | On 12/09/23 | PMT ID=USBwzAwfjiRV | | | |
| Dec 14 | Analysis Service Charge | | 1400000000 | | 9.00- |
| Dec 18 | Zelle Instant | PMT To ATKINS | | | 120.00- |
| | On 12/18/23 | PMT ID=USBUiccflQXk | | | |
| Dec 19 | Zelle Instant | PMT To JMW WELDING | | | 50.00- |
| | On 12/19/23 | PMT ID=USBN01Rfm9KJ | | | |
| Dec 29 | Zelle Instant | PMT To ERICKA HENDERSON | | | 150.00- |
| | On 12/29/23 | PMT ID=USBdSobfp0Wb | | | |
| | | **Total Other Withdrawals** | | **$** | **837.14-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 2300 | Dec  5 | 8315843893 | 250.00 | 2308 | Dec 11 | 8015835644 | 100.00 |
| 2302* | Dec  8 | 9213164231 | 100.00 | 2309 | Dec 14 | 8914067421 | 200.00 |
| 2304* | Dec 11 | 8015835643 | 250.00 | 2310 | Dec 15 | 9214008822 | 130.00 |
| 2305 | Dec 12 | 8314409031 | 100.00 | 2311 | Dec 18 | 8016880783 | 250.00 |
| 2306 | Dec 11 | 8014859298 | 200.00 | 2312 | Dec 26 | 8313559853 | 50.00 |
| 2307 | Dec 21 | 8913111770 | 250.00 | | | | |

 **us.bank**  H & H FAST PROPERTIES INC.  Case 23-10874  Doc 30-1 Filed 01/31/24  Entered 01/31/24 11:10:51  Desc Main  Document  Page 21 of 26  PO Box 9Y  LANSING IL 7940948-0V11

**Business Statement**

Account Number:
1470

Statement Period:
Dec 1, 2023
through
Dec 29, 2023

Page 4 of 8



## SILVER BUSINESS CHECKING                                      (CONTINUED)
U.S. Bank National Association                           **Account Number**         -1470

### Checks Presented Conventionally (continued)

| | | |
|---|---|---|
| * Gap in check sequence | **Conventional Checks Paid (11)** | $    1,880.00- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Dec 4 | 963.24 | Dec 11 | 688.24 | Dec 19 | 629.24 |
| Dec 5 | 1,313.24 | Dec 12 | 588.24 | Dec 21 | 379.24 |
| Dec 6 | 1,263.24 | Dec 14 | 1,179.24 | Dec 26 | 329.24 |
| Dec 7 | 1,213.24 | Dec 15 | 1,049.24 | Dec 29 | 179.24 |
| Dec 8 | 1,113.24 | Dec 18 | 679.24 | | |

Balances only appear for days reflecting change.

## BUSINESS RESERVE LINE
U.S. Bank National Association                           **Account Number**          1470

| **Activity Summary** | | | **Payment Information** | | |
|---|---|---|---|---|---|
| Previous Balance | $ | 2,810.94 | Business Reserve Line is restricted | | |
| Interest Charged | | 50.42 | New Balance | $ | 2,861.36 |
| | | | Minimum Payment Due* | $ | 253.02 |
| **New Balance as of Dec 31, 2023** | $ | 2,861.36 | Payment Due Date | | Jan 25, 2024 |
| Credit Line | $ | 0.00 | *Minimum Payment Due includes a prior Past Due Amount of $167.18 | | |
| Available Credit | $ | 0.00 | | | |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
To figure the "INTEREST CHARGE" on your account, we apply an Annual Percentage Rate of 21.90% to the **Balance Subject to Interest Rate** in the amount of $2,711.21 resulting in an Interest Charge of $50.42. The number of days in your billing cycle is 31. Refer to the back of page 1 of this statement for additional information on the calculation of your **Balance Subject to Interest Rate**, dispute resolution and billing rights.

### Interest Charged

| Date | Description of Transaction | | Amount |
|---|---|---|---|
| Dec 29 | Interest Charged | Applied on 123123 | 50.42 |
| | **TOTAL INTEREST CHARGED THIS PERIOD** | $ | 50.42 |

| 2023 Totals Year to Date | | |
|---|---|---|
| Total Fees Charged in 2023 | $ | 0.00 |
| Total Interest Charged in 2023 | $ | 620.95 |

### Business Reserve Line Balance Summary

| Date | Balance Subject to Interest |
|---|---|
| Dec 1 | 2,711.21 |

Balances only appear for days reflecting change.

Payments received before 5:00 p.m. Central Time at our Payment Processing Center will be applied to your account effective the same business day. Payments received after the cutoff time, or on weekends or legal holidays, will be applied to your account the next business day.

After a payment has been made, we reserve the right to withhold available advances in the amount of the principal portion of the payment up to 7 business days from the date we receive the payment. Any credit available before the payment is received will continue to be available for advances during this time.

**To make additional payments to your account.....**



**Business Statement**

Account Number:

Statement Period:
Dec 1, 2023
through
Dec 29, 2023

Page 5 of 8

---

## BUSINESS RESERVE LINE                                    (CONTINUED)

U.S. Bank National Association                    **Account Number**    **-1470**

- Log in to online banking or the U.S. Bank Mobile App and transfer the payment amount from your checking account.
- ☎ Call U.S. Bank 24-Hour Business Solutions, whose number is provided on the 1st page of this statement, and transfer the payment amount from your checking account.
- ✎ Make the payment in person at any U.S. Bank branch.
- ✉ Or mail your payment to:
  U.S. Bank
  P.O. Box 790288
  St. Louis, MO 63179-0288

---

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: November 2023

|  |  |  |  |
|---|---|---|---|
| Account Number: | 1-993-5633-1470 | $ | 9.00 |
| Analysis Service Charge assessed to | 1-993-5633-1470 | $ | 9.00 |

[1] Financial institutions are required by the State of Iowa to charge sales taxes on certain service charges related to checking accounts. Any assessed tax has been itemized on your statement.

| Service Activity Detail for Account Number | -1470 | | |
|---|---|---|---|
| *Service* | *Volume* | *Avg Unit Price* | *Total Charge* |
| **Depository Services** | | | |
| Combined Transactions/Items | 27 | | No Charge |
| Image Paper DDA Statement | 1 | 9.00000 | 9.00 |
| Charge For Neg Coll Balance | 14.95 | | No Charge |
| Subtotal: Depository Services | | | 9.00 |
| Fee Based Service Charges for Account Number 1-993-5633-1470 | | $ | 9.00 |



H & H FAST PROPERTIES INC.
PO BOX 979
LANSING IL 60438-0979

**Business Statement**

Desc Main
Account Number:
1470

Statement Period:
Dec 1, 2023
through
Dec 29, 2023

Page 6 of 8



# IMAGES FOR YOUR SILVER BUSINESS CHECKING ACCOUNT

*Member FDIC*

Account Number          -1470



| 2300 | Dec 05 | 250.00 |
|------|--------|--------|



| 2306 | Dec 11 | 200.00 |
|------|--------|--------|



| 2302* | Dec 08 | 100.00 |
|------|--------|--------|



| 2307 | Dec 21 | 250.00 |
|------|--------|--------|



| 2304* | Dec 11 | 250.00 |
|------|--------|--------|



| 2308 | Dec 11 | 100.00 |
|------|--------|--------|



| 2305 | Dec 12 | 100.00 |
|------|--------|--------|



| 2309 | Dec 14 | 200.00 |
|------|--------|--------|

* Gap in check sequence



H & H FAST PROPERTIES INC.
PO BOX 978
LANSING IL 60438-0978

**Business Statement**
Desc Main
Account Number:

Statement Period:
Dec 1, 2023
through
Dec 29, 2023

Page 7 of 8

# IMAGES FOR YOUR SILVER BUSINESS CHECKING ACCOUNT                    (CONTINUED)

Account Number          -1470



| 2310 | Dec 15 | 130.00 |



| 2311 | Dec 18 | 250.00 |



| 2312 | Dec 26 | 50.00 |

| 303411000* | Dec 04 | 100.00 |

* Gap in check sequence


H & H FAST PROPERTIES INC.
PO BOX 979
LANSING IL  60438-0979

**Business Statement**

Desc Main

Statement Period:
Dec 1, 2023
through
Dec 29, 2023

Page 8 of 8



---

Please detach lower portion and return with payment

- - - - - - - - - - - - - - - - - - ✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂ - - - - - - - - - - - - - - - - - - - - - - - - ✂ - - - - - - - - - - - - - - - - - - -



**U.S. Bank Business Reserve Line**
**Payment Coupon**

| | Bank Number | Account Number |
|---|---|---|
| | 0125-04335 | -1470 |

| Due Date | Payment Due | Amount Paid |
|---|---|---|
| 01-25-2024 | $ 253.02 | $ |

H & H FAST PROPERTIES INC.
PO BOX 979
LANSING IL  60438-0979

U.S. Bank
P.O. Box 790288
St. Louis, MO  63179-0288

199356331470 012504335 000025302 8

This page intentionally left blank