FT H Fast Properties Inc.    23-16874

Creditor List

| Creditor | Claim# | Secured Unsecured Priority | Amount |
|---|---|---|---|
| ADS (Alarm Detection System) 1111 Church Aurora, IL 60505 | | Unsecured | $2,791.39 |
| ADT Security Services PO Box 371878 Pittsburgh, PA 15250 | | Unsecured | $1,227.79 |
| Cook County Treasurer 118 N. Clark, Rm 112 Chicago, IL 60602 | 1 | Secured | $19,990.84 |
| Fifth Third Bank, N.A. 7570 Bales Street Suite 220 Liberty Township, OH 45069 | 2 | Unsecured | $79,701.75 |
| Gitsit Solutions LLC 333 S. Anita Dr. Suite 400 Orange, CA 92868 | 3 | Secured | $1,377,866.46 |
| Illinois Department of Revenue PO Box 19035 Springfield, IL 62794 | 5 | Priority | $0.00 |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | 8 | Unsecured | $5,094.59 |
| KICS English Corp C/O JOHN YU 959 GREEN MOUNT LN Belleville, IL 62220 | 6 | Unsecured | $300,000.00 |
| LJ Ross Peoples Gas Light & Coke Co. PO Box 6099 Jackson, MI 49204 | | Unsecured | $2,068.00 |
| Lowe's PO Box 669824 Dallas, TX 75266 | | Unsecured | $490.88 |
| Newline Holdings LLC 205 E. Butterfield PMB 295 Elmhurst, Illinois 60126 | 11 | Secured | $13,059.39 |
| Toorak Capital Partners, LLC c/o Polsinelli PC 150 N. Riverside Plaza, Suite 3000 Chicago, IL 60606 | 9 | Secured | $392,565.57 |
| U.S. Bank Bankruptcy Department PO Box 108 Saint Louis, MO 63166-0108 | 4 | Unsecured | $7,443.06 |
| US Small Business Administration 332 S. Michigan Avenue, Suite 600 Chicago, IL 60604 | 7 | Secured | $1,079,170.97 |

| | |
|---|---|
| Total Secured | $2,869,593.84 |
| Total Unsecured | $411,385.97 |
| Total Priority | $5,094.59 |
| Total Liabilities | $3,286,074.40 |

H H Fast Properties Inc.  23-16874
Liquidation

| Real Property | Fair Market Value | Liens | Cost of Sale | Net Value | Value to Estate |
|---|---:|---:|---:|---:|---:|
| 4840 S. Ellis Ave, Chicago, IL | $2,300,000.00 | $2,466,495.28 | $161,000.00 | -$327,495.28 | $0.00 |
| 55.3. 20745 S. Alexander St. Olympia Fields, IL | $600,000.00 | $398,043.43 | $42,000.00 | $159,956.57 | $159,856.57 |
| 55.4. 8736 S. Mackinaw, Chicago, IL | $125,000.00 | $15,505.23 | $8,750.00 | $100,744.77 | $113,804.16 |
| 8724 S. Mackinaw, Chicago, IL | $25,000.00 | $2,596.15 | $1,750.00 | $20,653.85 | $20,653.85 |
| **Total Real Property** | | | | | **$294,314.58** |
| **Other Assets** | | | | | |
| 1990 Chevy Blazer VIN 1GNEV18K5LF149354 | $7,500.00 | | $975.00 | $6,525.00 | $6,525.00 |
| 2002 Gulfstream Carryall RV VIN 1FCNF53S320A05338 | $35,000.00 | | $4,550.00 | $30,450.00 | $30,450.00 |
| 2005 Car Doly Enclosed Trailer VIN: 5NHHVCD1051060545 | $4,200.00 | | $546.00 | $3,654.00 | $3,654.00 |
| 2003 Chevy C4500 Coach Dump Truck VIN: 1GBE4D1E23F518838 | $30,000.00 | | $3,900.00 | $26,100.00 | $26,100.00 |
| USBank Checking | $1,364.65 | | | $1,364.65 | $1,364.65 |
| Fifth Third Bank Checking | $0.00 | | | $0.00 | $0.00 |
| BMO Harris Checking | $9.50 | | | $9.50 | $9.50 |
| White Boards | $3,500.00 | | | $3,500.00 | $3,500.00 |
| Office Equipment | $3,500.00 | | | $3,500.00 | $3,500.00 |
| Art Work | $2,500.00 | | | $2,500.00 | $2,500.00 |
| Potential Lawsuit against Ray McElroy | $50,000.00 | | $20,000.00 | $30,000.00 | $30,000.00 |
| **Total Other Assets** | | | | | **$107,603.15** |

H H Past Properties Inc.
Projections

| Income + Expense | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|---|
| H & H Projected Income | $122,653.02 | $201,190.00 | $2,063,967.00 | $937,905.05 | $1,072,406.06 | $1,218,456.57 |
| H & H Projected Expense | $183,777.74 | $223,071.73 | $298,545.37 | $362,273.06 | $383,479.08 | $395,656.73 |

| H & H Five Year Income Projection | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|---|
| Construction Income | $90,430.00 | $120,000.00 | $225,000.00 | $310,000.00 | $372,000.00 | $403,000.00 |
| 8517 Storefront Rental | $0.00 | $9,000.00 | $19,200.00 | $21,000.00 | $22,200.00 | $24,000.00 |
| Rental Income - 8736 S. Mackinaw | $10,800.00 | $11,340.00 | $11,367.00 | $12,505.05 | $15,006.06 | $16,256.57 |
| 8517 Commercial Rental Income | $0.00 | $6,000.00 | $19,200.00 | $51,000.00 | $88,800.00 | $91,200.00 |
| 8525 Commercial Rental Income | $21,423.02 | $54,850.00 | $64,200.00 | $68,400.00 | $74,400.00 | $84,000.00 |
| Home Sales | $0.00 | $0.00 | $1,725,000.00 | $475,000.00 | $500,000.00 | $600,000.00 |
| Total Gross Income | $122,653.02 | $201,190.00 | $2,063,967.00 | $937,905.05 | $1,072,406.06 | $1,218,456.57 |

| H & H Five Year Expense Projection | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|---|
| Administration | $21,044.00 | $22,096.20 | $30,000.00 | $34,000.00 | $40,000.00 | $42,000.00 |
| Advertisement/Markerting | $736.00 | $2,500.00 | $3,500.00 | $4,500.00 | $5,000.00 | $5,000.00 |
| Auto and truck | $3,664.10 | $3,847.31 | $4,039.67 | $4,241.65 | $4,453.74 | $4,676.42 |
| Bank Service Fees | $3,043.42 | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BK Settlement | $0.00 | $20,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 |
| Building Supplies | $27,334.80 | $28,701.54 | $30,136.62 | $65,000.00 | $68,250.00 | $71,662.50 |
| Business Licenses and Permits | $2,062.38 | $2,124.25 | $3,100.00 | $3,193.00 | $3,288.79 | $3,387.45 |
| City Fee | $340.00 | $350.20 | $360.71 | $371.53 | $382.67 | $394.15 |
| Consulting Service | $880.00 | $906.40 | $933.59 | $961.60 | $990.45 | $1,020.16 |
| Contractor | $19,940.00 | $20,538.20 | $35,000.00 | $42,000.00 | $43,260.00 | $44,557.80 |
| Disposal Service | $3,758.16 | $3,870.90 | $3,987.03 | $4,106.64 | $4,229.84 | $4,356.74 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Donation | $1,420.00 | $1,500.00 | $4,500.00 | $5,700.00 | $6,500.00 | $7,000.00 |
| Equipment Rental | $1,881.40 | $1,937.84 | $1,995.98 | $2,055.86 | $2,117.53 | $2,181.06 |
| Insurance | $8,920.88 | $9,188.51 | $9,464.16 | $9,748.09 | $10,040.53 | $10,341.74 |
| Labor | $7,360.00 | $8,500.00 | $8,925.00 | $10,200.00 | $10,710.00 | $11,245.50 |
| Materials | $4,321.12 | $4,450.75 | $4,584.28 | $4,721.80 | $4,863.46 | $5,009.36 |
| Meals and Entertainment | $1,613.84 | $1,662.26 | $1,712.12 | $1,763.49 | $1,816.39 | $1,870.88 |
| Medical Expense | $2,116.00 | $2,179.48 | $2,244.86 | $2,312.21 | $2,381.58 | $2,453.02 |
| Mortgage Payments | $0.00 | $12,000.00 | $20,000.00 | $25,000.00 | $25,000.00 | $25,000.00 |
| Office Supplies | $1,435.08 | $1,478.13 | $1,522.48 | $1,568.15 | $1,615.20 | $1,663.65 |
| Postal | $413.34 | $425.74 | $438.51 | $451.67 | $465.22 | $479.17 |
| Professional Fees | $11,930.00 | $12,287.90 | $12,656.54 | $13,036.23 | $13,427.32 | $13,830.14 |
| Project manager | $12,900.00 | $13,287.00 | $25,000.00 | $30,000.00 | $35,000.00 | $36,050.00 |
| Rental Repairs and Maintenance | $800.00 | $1,000.00 | $1,200.00 | $2,500.00 | $3,200.00 | $3,296.00 |
| Security | $2,462.50 | $2,536.38 | $7,200.00 | $7,416.00 | $7,638.48 | $7,867.63 |
| Security Alarm | $1,410.00 | $1,452.30 | $1,495.87 | $1,540.75 | $1,586.97 | $1,634.58 |
| Subcontractor | $36,154.00 | $37,238.62 | $38,355.78 | $39,506.45 | $40,691.65 | $41,912.39 |
| Subscription | $2,213.60 | $2,280.01 | $2,348.41 | $2,418.86 | $2,491.43 | $2,566.17 |
| Telephone | $738.56 | $760.72 | $783.54 | $807.04 | $831.26 | $856.19 |
| Transportation | $2,197.74 | $2,263.67 | $2,331.58 | $2,401.53 | $2,473.58 | $2,547.78 |
| Travel | $686.82 | $707.42 | $728.65 | $750.51 | $773.02 | $796.21 |
| **Total Expenses** | $183,777.74 | $223,071.73 | $298,545.37 | $362,273.06 | $383,479.08 | $395,656.73 |

| H & H Five Year Plan Payments | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|---|
| Toorak Capital Partners | | $10,000.00 | | $2,000.00 | | |
| Gitsit Solutions LLC | | | | $3,000.00 | | |
| US Small Business Administration | $0.00 | $0.00 | $59,412.00 | $59,412.00 | $59,412.00 | $59,412.00 |
| Cook County Treasurer | | | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 |
| Newline Holdings LLC | | | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| General Unsecured Creditors | | | $60,730.50 | $72,876.60 | $72,876.60 | $72,876.60 |
| Administrative Expenses | | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 |
| **Total Expenses** | $0.00 | $22,000.00 | $142,942.50 | $160,088.60 | $155,088.60 | $155,088.60 |